IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Price, Anthony

Printed: 12/23/08

Case Number: 08 B 19881
Judge: Squires, John H
Filed: 7/31/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 200.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 200.00 |
| Totals: | 200.00 | 200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | National Capital Management | Unsecured | 545.06 | 0.00 |
| 2. | T Mobile USA | Unsecured | 60.50 | 0.00 |
| 3. | Clara Bryant | Unsecured | 310.80 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 167.07 | 0.00 |
| 5. | Merrick Bank | Unsecured | 97.51 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 62.12 | 0.00 |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | Great Lakes Specialty Finance | Unsecured |  | No Claim Filed |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | $ 1,243.06 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

